BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:    (406) 657-6101
FAX:      (406) 657 6989
E-mail:   Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 18 2025
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 25-44-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SEXUAL ABUSE OF A MINOR (Counts 1 and 3) Title 18 U.S.C. §§ 2243(a) and 1153(a) (Penalty: 15 years of imprisonment, a $250,000 fine, and five years to lifetime supervised release) |
| EMMETT ALFRED BUCKLES, Defendant. | DISTRIBUTION OF METHAMPHETAMINE TO A PERSON UNDER 21 YEARS OF AGE (Counts 2 and 4) Title 21 U.S.C. §§ 841(a)(1) and 859(a) (Penalty: Mandatory minimum one to 40 years of imprisonment, $2,000,000 fine, and at least six years of supervised release) |

1

## COUNT 1

That on or about January 16, 2024, at Poplar, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, EMMETT ALFRED BUCKLES, an Indian person, knowingly engaged in a sexual act with Jane Doe 1, a person who had attained the age of 12 years but had not attained the age of 16 years, and, at the time of the offense, EMMETT ALFRED BUCKLES was more than four years older than Jane Doe 1, in violation of 18 U.S.C. §§ 2243(a) and 1153(a).

## COUNT 2

That on or about January 16, 2024 at Poplar, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, EMMETT ALFRED BUCKLES, a person who had attained at least 18 years of age, knowingly and unlawfully distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, to Jane Doe 1, an individual who had not attained the age of 21 years, in violation of 21 U.S.C. §§ 841(a)(1) and 859(a).

COUNT 3

That on or about January 22, 2024, at Poplar, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, EMMETT ALFRED BUCKLES, an Indian person, knowingly engaged in a sexual act with Jane Doe 2, a person who had attained the age of 12 years but had not attained the age of 16 years, and, at the time of the offense, EMMETT ALFRED BUCKLES was more than four years older than Jane Doe 2, in violation of 18 U.S.C. §§ 2243(a) and 1153(a).

COUNT 4

That on or about January 22, 2024 at Poplar, in Roosevelt County, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, EMMETT ALFRED BUCKLES, a person who had attained at least 18 years of age, knowingly and unlawfully distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, to Jane Doe 2, an individual who had not attained the age of 21 years, in violation of 21 U.S.C. §§ 841(a)(1) and 859(a).

A TRUE BILL.

*Foreperson signature redacted. Original document filed under seal.*

FOREPERSON

_____
KURT ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney